UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                                    Plaintiff(s),                    25 Civ. 01146 (JHR)

                -v.-                                                 <u>ORDER</u>

SUN DRY CLEANERS USA INC. et al.,

                                    Defendant(s).

JENNIFER H. REARDEN, District Judge:

On July 14, 2025, Defendant Sachetti Realty LLC moved to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right.

It is hereby ORDERED that Plaintiff shall file any amended complaint by **August 4, 2025**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motion to dismiss absent good cause.

If Plaintiff amends, then the Court will deny the previously filed motion to dismiss as moot. By three weeks after the amended complaint is filed, Defendant Sachetti Realty shall file an answer or a new motion to dismiss. If Defendant Sachetti Realty files a new motion to dismiss, any opposition shall be filed within 14 days. Any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, then Plaintiff shall file any opposition to the motion to dismiss by **August 4, 2025**. Defendant's reply, if any, shall be filed by **August 11, 2025**.

SO ORDERED.

Dated: July 15, 2025
        New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge